**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 08-cr-00490-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAFAEL VALENTE-RAMIREZ,
    a/k/a Jorge Urrutia-Valle,
    a/k/a Rafael Valente,
    a/k/a Rafael Ramirez,
    a/k/a Jorge Luis Urrutia-Valle,
    a/k/a Jorge Valle,
    a/k/a Adolfo Alvarez,
    a/k/a Sabastian Grenillo,
    a/k/a Bernardo Marcos Ramirez,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between both counsel and Chambers staff, Defendant Valente-Ramirez's Change of Plea Hearing in the above-referenced matter is RESET to **Thursday, December 10, 2009 at 8:15 a.m.**

    Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **December 3, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>.

    DATED:  November 3, 2009